1  MCGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:18-MC-00126-KJM-EFB

12           Plaintiff,

13           v.                           STIPULATION AND ORDER EXTENDING TIME
                                          FOR FILING A COMPLAINT FOR FORFEITURE
14  APPROXIMATELY $20,000.00 IN U.S.      AND/OR TO OBTAIN AN INDICTMENT
    CURRENCY,                             ALLEGING FORFEITURE
15
             Defendant.
16

17       It is hereby stipulated by and between the United States of America and potential claimant

18  Blake Popejoy ("Popejoy"), by and through their respective counsel, as follows:

19       1.      On or about June 11, 2018, claimant Popejoy filed a claim in the administrative

20  forfeiture proceedings with the United States Postal Inspection Service with respect to the

21  Approximately $20,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on

22  April 3, 2018.

23       2.      The United States Postal Inspection Service has sent the written notice of intent to forfeit

24  required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any

25  person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person

26  other than the claimant has filed a claim to the defendant currency as required by law in the

27  administrative forfeiture proceeding.

28       3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

                                         1

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is September 7, 2018.

4.     By Stipulation and Order filed September 6, 2018, the parties stipulated to extend to October 5, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     By Stipulation and Order lodged on October 3, 2018, the parties stipulated to extend to November 5, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to December 5, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to December 5, 2018.

Dated:     10/24/2018                        MCGREGOR W. SCOTT
                                             United States Attorney


                                              /s/ Kevin C. Khasigian
                                             KEVIN C. KHASIGIAN
                                             Assistant U.S. Attorney


Dated:     10/24/2018                        /s/ Isaac Safier
                                             ISAAC SAFIER
                                             Attorney for Blake Popejoy
                                             (As authorized via email)

Stipulation to Extend Time to File Complaint

1     IT IS SO ORDERED.

2    Dated:    10/25/18

3    _____
     UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3